| | |
|---|---|
| 1 | Lisa T. Omoto SBN 303830 |
| 2 | E-mail: lomoto@faruqilaw.com<br>**FARUQI & FARUQI, LLP** |
| 3 | 1901 Avenue of the Stars, Suite 1060<br>Los Angeles, CA 90067 |
| 4 | Telephone: 424-256-2884<br>Facsimile: 424-256-2885 |
| 5 | James M. Wilson, Jr. (pro hac vice forthcoming) |
| 6 | Robert W. Killorin (pro hac vice forthcoming)<br>Email: jwilson@faruqilaw.com |
| 7 | Email: rkillorin@faruqilaw.com<br>**FARUQI & FARUQI, LLP** |
| 8 | 685 Third Avenue, 26th Floor<br>New York, NY 10017 |
| 9 | Telephone: 212-983-9330<br>Facsimile: 212-983-9331 |

*Attorneys for Proposed Lead Plaintiffs*
*Chin Legacy Gift Trust UA DTD 03/29/2022*
*and Chong Legacy Gift Trust UA DTD 03/29/2022*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE COAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>B. RILEY FINANCIAL, INC., BRYANT RILEY, TOM KELLEHER, and PHILLIP J. AHN,<br><br>Defendants. | Case No. LA CV 24-00662-SPG(AJRx)<br><br>**NOTICE OF CHIN LEGACY GIFT TRUST UA DTD 03/29/2022 AND CHONG LEGACY GIFT TRUST UA DTD 03/29/2022'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL**<br><br><u>**CLASS ACTION**</u><br><br>Judge: Hon. Sherilyn Peace Garnett<br>Hearing Date: April 24, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5C |

[captions continue on next page]

---

| | |
|---|---|
| THE KL KAMHOLZ JOINT REVOCABLE TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>B. RILEY FINANCIAL, INC., BRYANT RILEY, TOM KELLEHER, and PHILLIP J. AHN,<br><br>     Defendants. | Case No. LA CV 24-02121-AB(JCx)<br><br>**NOTICE OF CHIN LEGACY GIFT TRUST UA DTD 03/29/2022 AND CHONG LEGACY GIFT TRUST UA DTD 03/29/2022'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Andrè Birotte Jr.<br>Hearing Date: April 26, 2024<br>Time: 10:00 a.m.<br>Courtroom: 7B |

**NOTICE OF CHIN LEGACY GIFT TRUST UA DTD 03/29/2022 AND CHONG LEGACY GIFT TRUST UA DTD 03/29/2022'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL**
Case Nos. LA CV 24-00662-SPG(AJRx); LA CV 24-02121-AB(JCx)

**NOTICE OF MOTION**

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on April 26, 2024, or on a date and time set by this Court, Chin Legacy Gift Trust UA DTD 03/29/2022 and Chong Legacy Gift Trust UA DTD 03/29/2022 ("Movants"), by and through their counsel, will and does hereby move this Court for an order granting Movants' motion for: (1) consolidation of the above-captioned, related actions; (2) appointment as Lead Plaintiffs; and (3) approval of their counsel as Lead Counsel (the "Motion").

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") on the grounds that the above-captioned actions and any related actions that may be filed should be consolidated due to the fact that these actions raise common issues of fact and law, and consolidation under Fed. R. Civ. P. 42(a) will be more efficient for the Court and the parties involved. Movants have timely filed their Motion and are the "most adequate plaintiff[s]" under the rules of the PSLRA. Moreover, Movants meet the requirements of Rule 23 of the Federal Rules of Civil Procedure for the purposes of this Motion as their claims are typical of the other purported class members' claims and they will fairly and adequately represent the putative class. Movants also seek the Court's approval of their selection of Faruqi & Faruqi, LLP, a law firm with substantial experience in prosecuting securities fraud class actions, as Lead Counsel pursuant to 15 U.S.C. §§ 78u-4(a)(3)(B)(v).

This Motion is based on the accompanying memorandum of points and authorities in support hereof, the declaration of Lisa T. Omoto filed herewith, the pleadings and other filings herein, and other such written and oral argument as may

1

NOTICE OF CHIN LEGACY GIFT TRUST UA DTD 03/29/2022 AND CHONG LEGACY GIFT TRUST UA DTD 03/29/2022'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL
Case Nos. LA CV 24-00662-SPG(AJRx); LA CV 24-02121-AB(JCx)

be permitted by the Court.

Dated: March 25, 2024

Respectfully submitted,

By: /s/ *Lisa T. Omoto*
Lisa T. Omoto

Lisa T. Omoto SBN 303830
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

James M. Wilson, Jr. (pro hac vice forthcoming)
Robert W. Killorin (pro hac vice forthcoming)
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiffs Chin Legacy Gift Trust UA DTD 03/29/2022 and Chong Legacy Gift Trust UA DTD 03/29/2022 and [Proposed] Lead Counsel for the Class*

2

NOTICE OF CHIN LEGACY GIFT TRUST UA DTD 03/29/2022 AND CHONG LEGACY GIFT TRUST UA DTD 03/29/2022'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL
Case Nos. LA CV 24-00662-SPG(AJRx); LA CV 24-02121-AB(JCx)

**STATEMENT OF COMPLIANCE WITH LOCAL RULE 7-3**

Local Civil Rule 7-3 and Section 6.b of the Standing Order of the Honorable Andrè Birotte Jr. (ECF No. 10) (the "Court's Standing Order") requires a conference of counsel prior to filing motions.  Due to the PSLRA's lead plaintiff procedure, however, Movants will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions.  Under these circumstances, Movants respectfully request that the conferral requirement of Local Rule 7-3 and Section 6.b of the Court's Standing Order be waived.

Dated:  March 25, 2024

By: /s/ *Lisa T. Omoto*
Lisa T. Omoto

3

NOTICE OF CHIN LEGACY GIFT TRUST UA DTD 03/29/2022 AND CHONG LEGACY GIFT TRUST UA DTD 03/29/2022'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL
Case Nos. LA CV 24-00662-SPG(AJRx); LA CV 24-02121-AB(JCx)